John G. Kerkorian (#012224)
kerkorianj@ballardspahr.com
Brunn W. Roysden III (#028698)
roysdenb@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorneys for Defendant The Allstate Corporation*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Charles A. Gulden,<br><br>           Plaintiff,<br><br>     vs.<br><br>The Allstate Corporation,<br><br>           Defendant. | NO.:<br><br>**NOTICE OF REMOVAL**<br><br>Removed from Yuma County Justice Court, First Precinct, Yuma Arizona, J1401CV201402161 |

Defendant, The Allstate Corporation ("TAC") hereby removes to this Court the state court action described below:

1.      On December 15, 2014, Charles A. Gulden ("Plaintiff") filed this action alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.  These alleged violations arise out of Defendant's alleged telephone solicitations to Plaintiff on or about December 10, 2014 and December 12, 2014.  (*See generally* Compl. ¶¶ 3-4.)  Plaintiff seeks statutory damages, post judgment interest, court costs and other expenses in connection with this case.  (Compl. at 17, Relief Requested.)

2.      This action was filed in the Yuma County Justice Court, First Precinct, Yuma, Arizona, and titled *Gulden v. The Allstate Corporation*, Case No. J1401CV201402161 ("Complaint").

3.      Pursuant to 28 U.S.C. § 1446(a), TAC has attached all process, pleadings and orders served upon TAC as Exhibit A.

*Ballard Spahr LLP*
*1 East Washington Street, Suite 2300*
*Phoenix, AZ 85004-2555*
*Telephone: 602.798.5400*

4.      TAC was served with the Complaint on December 22, 2014.  Thus, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446.

5.      Promptly after filing this Notice of Removal and in accordance with § 1446(d), TAC shall give written notice to Plaintiff of its filing of this Notice of Removal and will file a copy of such notice with the clerk of the Yuma County Justice Court, First Precinct, Yuma, Arizona.

6.      Plaintiff's Complaint is removable to this Court, and this Court has jurisdiction over this litigation under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a), because the Complaint raises a federal question under the TCPA.

7.      Plaintiff has alleged a claim under the TCPA, a federal statute.  (Compl. ¶¶ 1,3- 16).   Federal question jurisdiction exists under 28 U.S.C. § 1331 for claims brought under the TCPA.  *Mims v. Arrow Fin. Servs. LLC*, 132 S. Ct 740, 747 (2012) (holding that federal courts have federal question jurisdiction over private TCPA suits); *see Speidel v. Am. Honda Fin. Corp.*, No. 2:14-cv-19-FTM-38CM, 2014 WL 820703 (M.D. Fla. Mar. 3, 2014) (denying plaintiff's motion to remand because the court had federal question jurisdiction arising out of plaintiff's TCPA claim).   Accordingly, this Court has jurisdiction over the action and removal is proper.

WHEREFORE, Defendant The Allstate Corporation respectfully requests that this Court assume full jurisdiction over this action.

DATED this 20th day of January, 2014.

BALLARD SPAHR LLP

By: /s/ John G. Kerkorian
John G. Kerkorian
Brunn W. Roysden III
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for The Allstate Corporation*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**PROOF OF SERVICE BY MAIL**

I hereby certify that I caused a copy of the foregoing **Notice of Removal** to be served by first class mail, postage prepaid, on this 20th day of January 2015 to:

Charles A. Gulden
11802 East 28th Place
Yuma, Arizona 85367

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 20, 2015, at Phoenix, Arizona.

/s/ Catherine M. Weber
Catherine M. Weber

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

3