# Exhibit A


CT Corporation

**Service of Process Transmittal**
12/22/2014
CT Log Number 526291073

TO: Barbara McKnight
Allstate Insurance Company
5325 Nottingham Dr Ste E
Baltimore, MD 21236-4974

RE: **Process Served in Delaware**

FOR: THE ALLSTATE CORPORATION (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Charles A. Gulden, Pltf. vs. The Allstate Corporation, etc. Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Complaint |
| **COURT/AGENCY:** | Yuma County Justice Court, AZ<br>Case # J1401CV201402161 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/22/2014 postmarked on 12/15/2014 |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Charles A. Gulden<br>11802 E 28th Place<br>Yuma, AZ 85367<br>928-782-5185 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/23/2014, Expected Purge Date: 12/28/2014<br>Image SOP<br>Email Notification, Barbara McKnight cdfzr@allstate.com<br>Email Notification, David Moore CJSNM@allstate.com |
| **SIGNED:** | The Corporation Trust Company |
| **ADDRESS:** | 1209 Orange Street<br>Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |

Page 1 of 1 / DK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367
Phone: 928-782-5182

**Yuma Justice Court First Precinct**
In and For the County of Yuma, State of Arizona
250 W. 2nd Street, Suite A
Yuma, AZ 85364 (928) 817-4100

**PLAINTIFF**

Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367

-vs-

**DEFENDANT**

The Allstate Corporation,
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street,
Wilmington, DE 19801

Case No: J1401CV20140 2161

SUMMONS

CIVIL

**THE STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT(S):**

1. You are summoned to respond to this complaint by filing an answer with this court and paying the court's required fee. If you cannot afford to pay the required fee, you can request the court to waive or to defer the fee.

2. If you were served with this summons in the State of Arizona, the court must receive your answer to the complaint within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the court must receive your answer to the complaint within thirty (30) days from the date of service. If the last day is a Saturday, Sunday, or holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. This court is located at: **250 W. 2nd Street, Suite A, Yuma, AZ 85364.**

4. Your answer must be in writing. (a) You may obtain an answer form from the court listed above, or on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. (b) You may visit http://www.azturbocourt.gov/ to prepare your answer electronically; this requires payment of an additional fee. (c) You may also prepare your answer on a plain sheet of paper, but your answer must include the case number, the court location, and the names of the parties.

5. You must provide a copy of your answer to the plaintiff(s) or to the plaintiff's attorney.

**IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THE COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU, AS REQUESTED IN THE PLAINTIFF(S) COMPLAINT.**

Date: 12/15/14

Judge's Signature — JUSTICE OF THE PEACE

{COURT SEAL}

**REQUEST FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT AS SOON AS POSSIBLE BEFORE A COURT PROCEEDING.**

## Notice to the Defendant: A lawsuit has been filed against you in Justice Court!
### You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by a managing member. A corporation or an LLC may also be represented by an attorney.

If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at *http://www.azcourts.gov/*, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint **in writing** and **within twenty (20) days** from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at *http://www.azcourts.gov/*, under the "Public Services" tab. You may prepare your answer electronically at *http://www.azturbocourt.gov/*; this requires payment of an additional fee. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
Telephone: 928-782-5182

FILED

2014 DEC 15 PM 3:17

YUMA JUSTICE COURT
FIRST PRECINCT

# YUMA COUNTY JUSTICE COURT
250 W 2ND STREET, SUITE A
YUMA, AZ 85364

Charles A. Gulden, )
 )
    Plaintiff )
 )
v. )
 )
The Allstate Corporation, )
a Delaware Corporation, )
 )
    Defendant )

~~Civil Action No:~~

**J1401CV20140 2161**

**COMPLAINT
CIVIL**

## JURISDICTION AND VENUE

1. This claim arises from tort and is made pursuant to the federal Telephone Consumers Protection Act (TCPA), 47 U.S.C. §227, and its Federal Communications Commission (FCC) TCPA implementing regulation, 47 C.F.R. §1200.

2. Plaintiff, Charles A. Gulden, is a resident of Yuma County, Arizona. Defendant, The Allstat Corporation, is a Delaware Corporation whose telemarketing business activities are conducted within or into, but not necessarily limited to or within, the state of Arizona. All acts complained of herein occurred on Plaintiff's residential telephone located in Yuma County, Arizona.

**TCPA Violations I, II, III & IV**
(Four Separate National Do-Not-Call Registry Violations)

3. On 12 December 2014 and three times on 10 December 2014 Defendant or Defendant's employee or agent initiated four (4) separate telephonic solicitation calls to Plaintiff's residential telephone, each in violation of the TCPA.

1

4. For more than thirty-one (31) days prior to Defendant's two (2) separately initiated calls to Plaintiff's residential telephone, Plaintiff's residential telephone number was registered on the national do-not-call registry in which the federal government documents the telephone numbers of persons who do not wish to receive such telephone solicitations.

5. The federal TCPA requires that no person or entity shall initiate any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry unless that person or entity making telephone solicitations (or on whose behalf telephone solicitations are made) can demonstrate that the violation is the result of error, or that person or entity has obtained the subscriber's prior express invitation or permission, or the telemarketer making the call has a personal relationship with the recipient of the call.

6. None of the conditions of exception noted in the preceding paragraph apply to the TCPA violations complained of herein.

## TCPA Violation V
### (Violation of Failure to Train Telemarketing Personnel)

7. Defendant's do-not-call registry violations constitute lack of reasonable knowledge and training for its personnel or agents employed or engaged in the telemarketing industry, in violation of the TCPA.

14. The federal TCPA requires that personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

## Defendant's Actions Committed Wilfully and Knowingly

15. Defendant's actions in this case demonstrate its wilful and intentional failure to establish and implement, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the TCPA and its implementing regulations.

16. The federal TCPA provides that if the Court finds that a defendant wilfully or knowingly

2

violated the prescribed regulations, the Court may, in its discretion, increase the amount of the damage award to an amount equal to not more than three (3) times the amount of Five Hundred Dollars ($500.00) in damages for each such violation that is otherwise provided for.

### RELIEF REQUESTED

17. Plaintiff seeks monetary damages of Seven Thousand Five Hundred Dollars ($7,500.00) based on treble the amount of Five Hundred Dollars ($500.00) for each of the five (5) separate TCPA violations complained of herein. Plaintiff also claims post judgment interest, court costs and other expenses in connection with this case.

### JURY DEMAND

18. Plaintiff respectfully requests trial by jury.

Respectfully submitted,

12 December 2014

Charles A. Gulden, Plaintiff
11802 E. 28th Pl
Yuma, AZ  85367
928-782-5182