1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## DISTRICT OF ARIZONA

8

Charles A. Gulden,

9

　　　　　Plaintiff,

10

　　　　　vs.

11

The Allstate Corporation,

12

　　　　　Defendant.

13

NO.: CV-15-00092-PHX-SRB

**ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE**

14

　　　The court, having reviewed the parties' Stipulation for Dismissal with Prejudice

15

and good cause appearing therefore, it is hereby:

16

　　　ORDERED that this entire action is dismissed with prejudice, with each party to

17

bear their own attorneys' fees and costs.

18
19

　　　Dated this 20th day of February, 2015.

20
21
22
23

_____
Susan R. Bolton
United States District Judge

24
25
26
27
28

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400